## STATE v. ORSBORN.

On an information for passing counterfeit money, no evidence of its being counterfeit is admissible, except the confession of the prisoner, until the money is produced in court.

INFORMATION for passing a counterfeit sixteen-penny piece. Trial to the jury.

The piece of money was not produced; it was objected, that no evidence ought to be received respecting the piece being counterfeit, unless the piece was produced in court.

By the COURT. The evidence is not admissible.